PROB 12C
(7/93)

Report Date: December 2, 2015

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

12/3/15

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dominic Ray Eaglebear          Case Number: 2:11CR00028-RHW-1

Address of Offender:              Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

Original Offense:     Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: September 14, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 2, 2018 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer.  You shall immediately report any unauthorized with minor-aged children to the supervising officer. |

**Supporting Evidence**: Mr. Eaglebear violated his conditions of supervised release in Spokane, Washington, by having contact with minor-aged children on or about November 20, 2015.  On November 20, 2015, the undersigned officer and U.S. probation officer (USPO) Hansen made contact with Mr. Eaglebear by telephone to schedule a home visit. Mr. Eaglebear reported he was just leaving his residence to pick up his paycheck, but would be home in a few hours.  The undersigned officer and USPO Hansen arrived at the residence and observed two minor-aged females in the driveway of Mr. Eaglebear's residence.  Both of the minor-aged females advised the undersigned officer that they do not live at the residence; however, one of the girls indicated that her dad lives there, and is Mr. Eaglebear's roommate.  The minor-aged girl reported to the undersigned officer that she stays with her dad at the residence every other weekend and that she knows Mr. Eaglebear.  Contact was made at the residence and two minor-aged boys and two adults were inside.  One of the adults indicated that she was the roommate's sister and they had stayed the night.  Mr. Eaglebear arrived home shortly after.

**Prob12C**
**Re: Eaglebear, Dominic Ray**
**December 2, 2015**
**Page 2**

On November 25, 2015, Mr. Eaglebear reported to the U.S. Probation Office and self-disclosed to this officer that the minor-aged child stays overnight on Saturday every other weekend, and that he has been present when the minor-aged child stays the night. On November 30, 2015, Mr. Eaglebear reported to the undersigned officer that the minor-aged child had stayed the night at the residence "a few times" over the past month.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/02/2015

s/Corey McCain

Corey McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

December 3, 2015

Date