PROB 12C
(6/16)

Report Date: September 9, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dominic Ray Eaglebear           Case Number: 0980 2:11CR00028-RHW-1

Address of Offender: 1712 West 2nd Ave #301, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. § 2243(a) & 1153(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence September 2, 2015: | Prison - 3 months<br>TSR - 15 months and 19 days | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: September 14, 2015 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 2, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Eaglebear violated his conditions of supervised release in Spokane, Washington, by using cocaine on or about August 30, 2016. Mr. Eaglebear reported to U.S. Probation on August 30, 2016, to submit to a urinalysis test. The urine sample tested presumptive positive for cocaine and was sent to Alere Toxicology for further testing. On September 6, 2016, the lab report from Alere Toxicology was received showing a positive test for cocaine. |

Prob12C
**Re: Eaglebear, Dominic Ray**
**September 9, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 9, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/12/2016

Date